GEISENDORF & VILKIN, PLLC
Charles L. Geisendorf, Esq. (6985)
2470 St. Rose Parkway, Suite 309
Henderson, Nevada 89074
Tel: (702) 873-5868
Email: charles@gvattorneys.com
Attorney for SATICOY BAY, LLC SERIES 8250 GRAND CANYON

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR FREMONT HOME LOAN TRUST 2006-B, MORTGAGE-BACKED CERTIFICATES, SERIES 2006-B,<br><br>Plaintiffs,<br><br>v.<br><br>SATICOY BAY, LLC SERIES 8250 GRAND CANYON; GRAND CANYON VILLAGE HOMEOWNERS ASSOCIATION; ATC ASSESSMENT COLLECTION GROUP, LLC,<br><br>Defendants. | Case No.: 2:17-cv-00456-JAD-GWF<br><br><br><br>**Substitution of Attorney** |

The LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD., attorney of record for SATICOY BAY, LLC SERIES 8250 GRAND CANYON does hereby consent to the substitution of GEISENDORF & VILKIN, PLLC, as attorney for SATICOY BAY, LLC

///

| | |
|---|---|
| 1 | SERIES 8250 GRAND CANYON in the above-entitled matter in his place and stead. |
| 2 | Dated this 27 day of July, 2017. |

LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.

By: Michael F. Bohn, Esq.

GEISENDORF & VILKIN, PLLC, does hereby agree to be substituted in the place of the LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD., as attorney for SATICOY BAY, LLC SERIES 8250 GRAND CANYON in the above-entitled matter.

Dated this 31 day of July, 2017.

GEISENDORF & VILKIN, PLLC

By: Charles L. Geisendorf, Esq.

SATICOY BAY, LLC SERIES 8250 GRAND CANYON, consents to the substitution of GEISENDORF & VILKIN, PLLC, in place of the LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD., as its attorney of record.

Dated this 26 day of July, 2017.

SATICOY BAY, LLC SERIES 8250 GRAND CANYON

By: Iyad "Eddie" Haddad

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 8/3/2017