GEISENDORF & VILKIN, PLLC
Charles L. Geisendorf, Esq. (6985)
2470 St. Rose Parkway, Suite 309
Henderson, Nevada 89074
Tel: (702) 873-5868
Email: charles@gvattorneys.com
Attorney for Saticoy Bay LLC Series 8250 Grand Canyon

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR FREMONT HOME LOAN TRUST 2006-B, MORTGAGE-BACKED CERTIFICATES, SERIES 2006-B,<br><br>Plaintiffs,<br><br>v.<br><br>SATICOY BAY, LLC SERIES 8250 GRAND CANYON; GRAND CANYON VILLAGE HOMEOWNERS ASSOCIATION; ATC ASSESSMENT COLLECTION GROUP, LLC,<br><br>Defendants. | Case No.: 2:17-cv-00456-JAD-GWF<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

Saticoy Bay LLC Series 8250 Grand Canyon substituted Michael F. Bohn, Esq. of Law Offices of Michael F. Bohn, Esq., Ltd., as its attorneys in the above-entitled matter in place and stead of Charles L. Geisendorf, Esq., of the law firm Geisendorf & Vilkin, PLLC.

Charles L. Geisendorf, Esq. no longer represents Saticoy Bay LLC Series 8250 Grand Canyon and has no further need to receive CM/ECF notifications in this case.

The undersigned respectfully requests the court remove Charles L. Geisendorf, Esq., from the electronic service list in this action. All future correspondence, papers, and future

1

notices should continue to be directed to Michael F. Bohn, Esq.

Dated this 28th day of September, 2018.

               GEISENDORF & VILKIN, PLLC

               By: */s/ Charles L. Geisendorf*
                 Charles L. Geisendorf, Esq.
                 Nevada Bar No. 6985
                 2470 St. Rose Parkway, Suite 309
                 Henderson, NV 89074
                 Tel: (702) 873-5868

## **COURT APPROVAL**

**IT IS SO ORDERED:**

**DATED:** 10-1-2018

*/s/ George Foley Jr.*
**UNITED STATES MAGISTRATE JUDGE**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of September, 2018, I electronically transmitted the above MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

                                                  */s/ Charles L. Geisendorf*
                                                  An employee of Geisendorf & Vilkin, PLLC