WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rriether@wrightlegal.net
*Attorneys for Plaintiff, HSBC Bank USA, National Association, as Trustee for Fremont Home Loan Trust 2006-B, Mortgage-Backed Certificates, Series 2006-B*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR FREMONT HOME LOAN TRUST 2006-B, MORTGAGE-BACKED CERTIFICATES, SERIES 2006-B,<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY, LLC SERIES 8250 GRAND CANYON; GRAND CANYON VILLAGE HOMEOWNERS ASSOCIATION; ATC ASSESSMENT COLLECTION GROUP, LLC,<br><br>Defendants. | Case No.: 2:17-cv-00456-JAD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO SATICOY BAY'S RENEWED MOTION TO DISMISS** |

Plaintiff, HSBC Bank USA, National Association, as Trustee for Fremont Home Loan Trust 2006-B, Mortgage-Backed Certificates, Series 2006-B ("HSBC"), Defendant Saticoy Bay, LLC Series 8250 Grand Canyon ("Saticoy Bay"), by and through their respective counsel, hereby agree and stipulate as follows:

1. On November 14, 2018, Saticoy Bay filed a Renewed Motion to Dismiss Complaint [ECF No. 31] ("Motion");

2. HSBC's response to Saticoy Bay's Motion is due November 28, 2018;

3. HSBC's counsel is requesting an additional fourteen (14) days to file its response to Saticoy Bay's Motion, and thus requests up to December 12, 2018, to file an Opposition;

4. This extension is requested due to counsel's vacation schedules and the pending holiday.

5. Counsel for Saticoy Bay does not oppose this extension;

6. This Stipulation is made in good faith and not for purposes of delay.

| WRIGHT, FINLAY & ZAK, LLP | LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD |
|---|---|
| */s/ Robert A. Riether* <br> Robert A. Riether, Esq. <br> Nevada Bar No. 12076 <br> 7785 W. Sahara Ave., Ste. 200 <br> Las Vegas, NV 89117 <br> *Attorneys for Plaintiff, HSBC Bank USA, National Association, as Trustee for Fremont Home Loan Trust 2006-B, Mortgage-Backed Certificates, Series 2006-B* | */s/ Michael F. Bohn* <br> Michael F. Bohn, Esq. <br> Nevada Bar No. 1641 <br> Adam R. Trippiedi, Esq. <br> Nevada Bar No. 12294 <br> 2260 Corporate Circle, Ste. 480 <br> Henderson, NV 89074 <br> *Attorneys for Defendant, Saticoy Bay LLC Series 8250 Grand Canyon* |

Case No. 2:17-cv-00456-JAD-GWF

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: November 21, 2018.