WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rriether@wrightlegal.net
*Attorneys for Plaintiff, HSBC Bank USA, National Association, as Trustee for Fremont Home Loan Trust 2006-B, Mortgage-Backed Certificates, Series 2006-B*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR FREMONT HOME LOAN TRUST 2006-B, MORTGAGE-BACKED CERTIFICATES, SERIES 2006-B, <br><br> Plaintiff, <br><br> vs. <br><br> SATICOY BAY, LLC SERIES 8250 GRAND CANYON; GRAND CANYON VILLAGE HOMEOWNERS ASSOCIATION; ATC ASSESSMENT COLLECTION GROUP, LLC, <br><br> Defendants. | Case No.: 2:17-cv-00456-JAD-EJY <br><br><br> **STIPULATION AND ORDER TO DISMISS** <br><br><br> ECF No. 44 |

**STIPULATION AND ORDER TO DISMISS**

Plaintiff, HSBC Bank USA, National Association, as Trustee for Fremont Home Loan Trust 2006-B, Mortgage-Backed Certificates, Series 2006-B; Defendant, Saticoy Bay, LLC Series 8250 Grand Canyon; and Defendant, Grand Canyon Village Homeowners Association, by and through their respective counsel of record, hereby stipulate that, pursuant to settlement amongst the Parties, all claims between the Parties are hereby dismissed with prejudice, with each party to bear its own attorney fees and costs.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Robert A. Riether*
Robert A. Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Ave., Ste. 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, HSBC Bank USA,*
*National Association, as Trustee for Fremont*
*Home Loan Trust 2006-B, Mortgage-Backed*
*Certificates, Series 2006-B*

LIPSON NEILSON, P.C.

*/s/ David T. Ochoa*
Kaleb D. Anderson, Esq.
Nevada Bar No. 7582
David T. Ochoa, Esq.
Nevada Bar No. 10414
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144
*Attorneys for Defendant Grand Canyon*
*Village Homeowners Association*

LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD

*/s/ Adam R. Trippiedi*
Michael F. Bohn, Esq.
Nevada Bar No. 1641
Adam R. Trippiedi, Esq.
Nevada Bar No. 12294
2260 Corporate Circle, Ste. 480
Henderson, NV 89074
*Attorneys for Defendant, Saticoy Bay LLC*
*Series 8250 Grand Canyon*

**ORDER**

Based on the parties' stipulation **[ECF No. 44]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 13, 2019